UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| USDC SDNY | | |
| DOCUMENT | | |
| ELECTRONICALLY FILED | | |
| DOC #:_____ | | |
| DATE FILED:  11/18/2016 | | |

LUIGI GIROTTO,

      Plaintiff,

vs.

MAROM CORP., a New York corporation,
d/b/a FRENCH CORNER, and 464 WEST
BROADWAY ASSOCIATES CORP., a
New York corporation,

      Defendants.

CASE NO: 1:16-cv-06181-JMF

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, LUIGI GIROTTO, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulates to the voluntary dismissal of this action, without prejudice.

Dated this 15th day of November, 2016.

Respectfully submitted,

By: _____
Robert J. Mirel, Esq. (RM 2974)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd, Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: rjm@weitzfirm.com

SO ORDERED.

_____
Jesse M. Furman
United States District Judge
November 17, 2016